UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA R. MCCRAY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IQ DATA INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | No.  2:22-cv-00993 JAM-JDP<br><br>**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

　　　Plaintiff, TANYA R. MCCRAY, through counsel, having filed their Motion for Leave to Withdraw as Counsel, and this Court having reviewed the same, hereby ORDERS:

　　　1.　Nicholas M. Wajda's Motion for Leave to Withdraw as Counsel to Plaintiff, Tanya R. McCray is GRANTED.  Mr. Wajda is ordered to serve this Order on Plaintiff.

　　　2.　This case will be stayed for 30 days to allow Plaintiff an opportunity to retain new counsel.  If Plaintiff fails to obtain new counsel, she will be required to proceed pro se and this matter will be assigned to Magistrate Judge Peterson pursuant to Local Rule 302(c)(2).

　　　IT IS SO ORDERED.

　　　Dated:  September 1, 2023

_____
JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

1